# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

NEPHROPATHOLOGY ASSOCIATES, PLC                              PLAINTIFF

v.                               NO. 4:12CV00233 JLH

KATHLEEN SEBELIUS, in her official capacity
as the Secretary of the DEPARTMENT OF
HEALTH AND HUMAN SERVICES                                    DEFENDANT

## ORDER

Assistant United States Attorney Jamie Goss Dempsey has entered her notice of appearance on behalf of the United States Department of Health and Human Services and a motion for substitution of counsel. The motion is GRANTED. Document #5. Assistant United States Attorney Stacey E. McCord is withdrawn as counsel of record in this action.

IT IS SO ORDERED this 21st day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE